

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-13-00021-CR**

| | | |
|---|---|---|
| Michael Kenneth Lawrence | § | From the 396th District Court |
| | § | of Tarrant County (1206502D) |
| v. | § | January 2, 2014 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the following language on the second page in its entirety: "APPOINTED ATTORNEY FEES IN THE AMOUNT OF $14,475.00 PAYABLE TO AND THROUGH THE DISTRICT CLERK'S OFFICE OF TARRANT COUNTY, TX ORDERED AS A CONDITION OF PAROLE UNDER ARTICLE 26.05(g) T.C.C.P." We also modify the judgment to reduce the amount of reparations to

"$3,422.00."  It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _____
    Chief Justice Terrie Livingston